**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GERMAN DE ARMAS,

    Petitioner,

v.                                              CASE NO. 8:07-CV-694-T-30MAP
                                                   CRIM. CASE NO. 8:04-CR-562-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **O R D E R**

Before the Court is Petitioner's Motion to Appeal Denied Motion § 2255 which the Court construes as an amended notice of appeal (CV Dkt. 12) of this Court's decision denying his motion for relief under 28 U.S.C. § 2255 (CV Dkt. 7), and an amended application for a certificate of appealability (CV Dkt. 13).

On December 17, 2007, the Court denied Petitioner's application for a certificate of appealability (CV Dkt. 11). Petitioner has not presented to the Court any new information or argument justifying a certificate of appealability. Petitioner has not demonstrated that reasonable jurists would find the Court's assessment of the petitioner's constitutional claims debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001).

ACCORDINGLY, the Court **ORDERS** that:

1.   Petitioner's amended application for a certificate of appealability (CV Dkt. 13),

   is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on December 27, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

<u>Copies furnished to</u>:
All Parties of Record